IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Sandra Zelner,

Plaintiff(s),

v.

Electric Eel Manufacturing Company, Inc. et al,

Defendant(s).

Case No. 17 C 8007
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Summary judgment is entered in favor of defendant ATG Credit, LLC and against plaintiff, Sandra Zelner.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on motions for summary judgment.

Date: 2/12/2019                         Thomas G. Bruton, Clerk of Court

                                        /s/Imelda Saccomonto, Deputy Clerk