# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SANDRA ZELNER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-08007 |
| ) | |
| v. ) | Honorable Ronald A. Guzman |
| ) | |
| ATG CREDIT, LLC, ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

Defendant, ATG Credit, LLC ("ATG"), by and through its attorneys, Gordon Rees Scully Mansukhani, LLP, and for its Motion for Entry of Judgment against Plaintiff Sandra Zelner states as follows:

1. On February 12, 2019, this Court entered summary judgment in favor of ATG and against Plaintiff. Dkt. #83.

2. On February 21, 2019, ATG filed its Bill of Costs. Dkt. #84.

3. On March 26, 2019, this Court entered an Order granting ATG a total award of $2,170.25 in costs as the prevailing party. Dkt. #87.

4. ATG respectfully requests this Court enter a judgment order in the amount of $2,170.25.

WHEREFORE, Defendant ATG CREDIT, LLC respectfully requests this Court enter judgment in favor of ATG CREDIT LLC and against Plaintiff SANDRA ZELNER, in the amount of $2,170.25, and for any further legal or equitable relief this Court deems just and appropriate.

Dated: March 27, 2019 	Respectfully submitted,

**ATG CREDIT, LLC**, Defendant

By: /s/ Avanti D. Bakane
    Avanti D. Bakane (#6299022)
    Tyler B. Duff (#6323843)
    GORDON REES SCULLY MANSUKHANI, LLP
    One North Franklin, Suite 800
    Chicago, Illinois 60606
    Phone: (312) 619-4901
    Fax: (312) 565-6511
    abakane@grsm.com
    tduff@grsm.com
    *Attorneys for ATG Credit, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendant ATG Credit, LLC's Motion for Entry of Judgment**, by using the CM/ECF system, which will send notification of such filing(s) to:

**Attorneys for Plaintiff**
Celetha Chatman
Michael Jacob Wood
Community Lawyers Group, Ltd.
20 North Clark Street
Suite 3100
Chicago, IL 60602
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com


By: /s/ Avanti D. Bakane
　　Avanti D. Bakane (#6299022)
　　Tyler B. Duff (#6323843)
　　GORDON REES SCULLY MANSUKHANI, LLP
　　One North Franklin, Suite 800
　　Chicago, Illinois 60606
　　Phone: (312) 619-4901
　　Fax: (312) 565-6511
　　abakane@grsm.com
　　tduff@grsm.com
　　*Attorneys for ATG Credit, LLC*